4 So.2d 895

### VICKERY v. STATE.
### 6 Div. 902.

Supreme Court of Alabama.

Dec. 4, 1941.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BROWN, Justice.

This appeal is on the record without bill of exceptions. We have examined the proceedings of the court leading up to his conviction and sentence and they appear to be in all things regular and free from error.

The judgment of conviction and sentence is therefore due to be affirmed. It is so ordered by the court.

Affirmed.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.